JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JARI KUNKAEW, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity form unknown; CLEAR RECON CORP., a business entity form unknown; and DOES 1-100, inclusive ,<br><br>Defendants. | CASE NO.: 2:17-cv-01568-R-E<br><br>**JUDGMENT**<br><br>[*Assigned to the Hon. Manuel L. Real*] |

|   |   |
|---|---|
| 1 | On July 21, 2017, the Court entered an Order granting the Motion to Dismiss |
| 2 | the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by |
| 3 | merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, |
| 4 | f/k/a World Savings Bank, FSB (erroneously sued as "Wells Fargo Bank, N.A., a |
| 5 | business entity form unknown") ("Wells Fargo") dismissing the Complaint in its |
| 6 | entirety. |

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant Wells Fargo; and

3. Plaintiff, Jari Kunkaew will recover nothing in this action from defendant Wells Fargo.

DATED: August 10, 2017

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE